UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-55664-JWC |
| | ) | |
| TRACEY LESTER | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 13 |

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Debtor, Tracey S. Lester, by and through counsel and voluntarily dismisses the above-referenced Chapter 13 case.

RESPECTFULLY SUBMITTED, this 21st day of May 2018.

/s/Thomas F. Jones, Esq.
Thomas F. Jones
Georgia Bar No. 403750
Attorney for Debtor

**JONES & ASSOCIATES**
Cascade Heights
Suite 101
1218 Fairburn Road SW
Atlanta, GA 30331
Tele: (404) 344-1771
Fax: (404) 344-3181

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TRACEY S. LESTER | : | CASE NO.: 18-55664-JWC |
| | : | |
| Debtor. | : | |

### CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and that on this day, I caused a true and correct copy of the foregoing *Debtor's Voluntary Dismissal* to be served via the court's electronic filing system as follows:

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Ave, NE
Suite 120
Atlanta, Georgia 30303

This 21st day of May 2018

/s/ *Thomas F. Jones*

Jones & Associates
Thomas F. Jones, Esq.
State Bar No. 403750
1218 Fairburn Rd., S.W.
Suite 101
Atlanta, Georgia 30331
404-344-1771

1